Same case below, 408 Fed. Appx. 659.

**No. 10-11155. John-Pierre Baney, Petitioner v. Merit Systems Protection Board.**

565 U.S. 933, 132 S. Ct. 378, 181 L. Ed. 2d 239, 2011 U.S. LEXIS 6423.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Leave to proceed as a veteran granted. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 407 Fed. Appx. 455.

**No. 10-11207. Michelle Miller, aka Michelle Favreau, aka Michelle Brodeau, Petitioner v. United States.**

565 U.S. 933, 132 S. Ct. 379, 181 L. Ed. 2d 239, 2011 U.S. LEXIS 6572.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 626 F.3d 682.

**No. 10-11196. Albert R. Holland, Jr., Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 933, 132 S. Ct. 378, 181 L. Ed. 2d 239, 2011 U.S. LEXIS 6399.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-11288. James Eric Jones, Petitioner v. United States.**

565 U.S. 933, 132 S. Ct. 380, 181 L. Ed. 2d 239, 2011 U.S. LEXIS 6419.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 11-44. South Carolina, Petitioner v. Jack Edward Earl Parker.**

565 U.S. 933, 132 S. Ct. 380, 181 L. Ed. 2d 239, 2011 U.S. LEXIS 6220.

October 3, 2011. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

Same case below, 391 S.C. 606, 707 S.E.2d 799.